IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CARL MARKLEY, )<br>Defendant. ) | Case No. 23-CR-142<br><br>UNRESISTED MOTION TO CONTINUE PLEA NOTIFICATION AND ENTRY DEADLINES |

COMES NOW, the Defendant, Carl Markley, and for his Motion states:

1. Plea notification deadline is July 29, 2024 and Plea entry deadline is set for August 5, 2024.

2. The parties are actively engaged in working on this matter.

3. There are many volumes of discovery in this matter and additional investigations related to that discovery which the parties are actively working through.

4. Upon consultation, the parties agree that an extension of the plea notification and plea entry deadline is warranted. Notably the parties have no intention of requesting a change in the trial date or other deadlines. The defendant requests a two-week continuance of both deadlines.

WHEREFORE, for the aforementioned reasons, the parties request this matter be continued as requested herein.

BABICH SARCONE, PLLC
501 SW 7th Street, Suite J
Des Moines, IA  50309
Telephone: 515.644.2243
Email: nick@babichsarcone.com

By:  /s/ Nicholas Sarcone

                                          Nicholas Sarcone, AT0009755  
                                        Attorney for Defendant,  
                                        CARL MARKLEY

CERTIFICATE OF SERVICE

I, Nicholas A. Sarcone, certify that this document was served on all parties via electronic service on July 26, 2024.

/s/ Nicholas A. Sarcone