## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF IOWA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,  ) | |
| ) | Case No. 23-CR-142 |
| Plaintiff,  ) | |
| ) | |
| v.  ) | |
| ) | REQUEST FOR CLARIFICATION AS TO |
| CARL MARKLEY,  ) | JUDGMENT |
| Defendant.  ) | |

COMES NOW, the Defendant, Carl Markley, and for his Request for Clarification states:

1.    Markley may not have contact with minors and specifically the victims and their families, while on supervisions without prior permission from the United States Probation Office.

2.    Markley's sentence was life, and he is therefore not on supervision and will likely never be on supervision. It thus appears to Undersigned Counsel that those provisions of the judgment are not imposed unless and until he commences a term of supervised release[1].

3.    However, Markley seeks clarification from the Court as to whether the Court intended those conditions be effective prior to his release on supervision.[2] Markley has minor children with whom he wishes to communicate. Additionally, Markley's children and ex-wife are family members of one of the identified victims. In short, Markley seeks clarification as to whether the terms of the judgment prevent contact with

---

[1] The Court did not order a separate No Contact Order involving any such person.
[2] Markley is aware that the Bureau of Prisons may possess their own authority to place restrictions on his ability to communicate with any particular person which is independent of this Court.

his family, provided that contact does not involve any identified victim. Markley does not

wish to run afoul of this Court's orders.

    4.   The Government takes no position on this request for clarification.

BABICH SARCONE, PLLC
501 SW 7th Street, Suite J
Des Moines, IA  50309
Telephone: 515.644.2243
Email: nick@babichsarcone.com

By:\_\_/s/\_Nicholas Sarcone\_\_\_\_
   Nicholas Sarcone, AT0009755
   Attorney for Defendant,
   CARL MARKLEY

CERTIFICATE OF SERVICE

I, Nicholas A. Sarcone, certify that this document was served on all parties via electronic
service on April 1, 2025.

/s/ Nicholas A. Sarcone